THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY GUTMAN, Appellant.

Argued March 6, 1939; decided April 4, 1939.

Milton H. Mandel and Norman Adams for appellant.

William F. X. Geoghan, District Attorney (Edward H. Levine of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.